**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC. and
JOHNNY LONG,**

    **Plaintiffs,**

v.                                             **Case No.  8:04-cv-631-T-30TGW**

**LASTRA BROTHERS, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Filing Billing Records (Dkt. #17).  By Order of Court, Plaintiffs have submitted billing records in support of their Motion for Approval of Settlement of Attorney's Fees, Litigation Expenses, and Costs (Dkt. #15).  According to the billing records, Plaintiffs' attorneys worked 18.00 hours at a rate of $290.00 per hour for a total of $5,220.00 in attorney's fees, and incurred $188.10 in costs.  Plaintiffs' experts billed 10.5 hours of work at a rate of $185 per hour, for a total of $1,942.00 in fees.[1]

Plaintiffs' action was brought to enforce Title III of the Americans with Disabilities Act, 42 U.S.C. § 12131, et seq. (the "ADA"), and is one of hundreds of actions brought by Plaintiffs.  As such, this action is form intensive and does not require a high level of legal

---

[1] The parties have stipulated to a reduced settlement figure of $6,500.00 for all fees, expenses and costs.  This figure, however, also exceeds the $4,625.00 amount that this Court considers reasonable under the circumstances of this case.

skill or experience. Having reviewed the billing records, this Court concludes that the rate charged and the hours billed by Plaintiffs' attorneys are excessive and unreasonable for this type of litigation.

The customary market rate in the Tampa Bay area for this type of work by a lawyer with the experience of Plaintiffs' attorneys is two hundred fifty dollars ($250.00) per hour. Additionally, some of the hours billed by Plaintiffs' attorneys were inflated in light of the nature of the work performed.[2] Accordingly, this Court finds that Plaintiffs only are entitled to attorneys fees in the amount of $3,750.00 (15 hours at $250.00 per hour). Plaintiffs are entitled to all claimed costs, except for $13.10 of costs attributable to photocopying and postage because such costs are not taxable.

This Court finds that the number of hours and the hourly rate billed by Plaintiffs' "experts" also were excessive and unreasonable. Plaintiffs have not demonstrated that the professional qualifications of their "experts" justifies a billing rate above the $100 per hour fee that is customary in the Tampa Bay area for ADA cases. Moreover, many of the enumerated tasks performed by the experts were administrative in nature and could be performed by support staff. Accordingly, this Court finds that Plaintiffs only are entitled to expert costs in the amount of $700.00 (7 hours at $100.00 per hour).

It is therefore ORDERED AND ADJUDGED that:

---

[2] The number of hours billed by attorneys Whitelock & Associates, P.A. was not reduced, for such hours appear reasonable in light of nature of the work performed.

1. Plaintiffs' Motion for Approval of Settlement of Attorney's Fees, Litigation Expenses, and Costs (Dkt. #15) is **GRANTED in part** and **DENIED in part** as set forth herein.

2. This Court **APPROVES** payment by Defendants to Plaintiffs of fees and costs in the amount of **$4,625.00** ($3,750.00 in attorneys' fees, plus $700.00 in expert's fees, and $175.00 in costs).

**DONE** and **ORDERED** in Tampa, Florida on June 8, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-631 Motn Fees Costs ADA.wpd